**AGRIBANK, FCB, Plaintiff/Respondent,**

v.

**Loicy J. BLANKENSHIP and Mary E. Blankenship, Defendants/Appellants.**

No. 74633.

Missouri Court of Appeals, Eastern District, Southern Division.

July 27, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 14, 1999.

Application for Transfer Denied Oct. 26, 1999.

James E. Spain, Poplar Bluff, Gerald Leon Warren, Clayton, for appellant.

Robert P. Schmidt, St. Louis, for respondent.

Before RHODES RUSSELL, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Debtors appeal from the trial court's granting of summary judgment in favor of bank in its petition to recover on a promissory note. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).